United States District Court
Southern District of Texas
**ENTERED**
July 30, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| EVGENII ROMANOV, on behalf of, <br> SVETLANA ROMANOVA, <br> A #249-138-723, <br><br> Petitioner, <br><br> v. <br><br> MARTIN FRINK, WARDEN, <br> HOUSTON PROCESSING CENTER, <br><br> Respondent. | § § § § § § § § § § § § | CIVIL ACTION NO. H-25-3133 |

**FINAL JUDGMENT**

For the reasons set forth in the court's Memorandum Opinion and Order entered on this date, this action is **DISMISSED WITHOUT PREJUDICE.**

This is a **FINAL JUDGMENT.**

The Clerk shall provide a copy of this Final Judgment to the parties.

**SIGNED** at Houston, Texas, on this the 30th day of July, 2025.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE